IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MICHAEL RAY FORTUNA,**

    **Plaintiff,**

v.                                                                   Civil Action No. 1:19cv3
                                                                  (Judge Kleeh)

**FEDERAL BUREAU OF PRISONS;**
**MRS. CORBIN, Physical Assistant;**
**MRS. JANE DOE, Medical Administrator;**
**MR. JOHN DOE, Warden at FCI**
**Morgantown; MRS. SHAFER, C.O.;**
**JOHN or JANE DOE, DOCTOR,**

    **Defendant.**

**REPORT AND RECOMMENDATION THAT APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES BE DENIED**

On January 2, 2019, the *pro se* Plaintiff filed this Bivens civil rights action, along with a Motion for Leave to Proceed *in forma pauperis* ("IFP")*,* together with a Prisoner Trust Account Report, ledger sheets, and a consent to collection of fees from trust account. ECF Nos. 1, 2, 3, 4.

In his IFP motion affidavit, Plaintiff admits that he is employed at the prison, earning $3.21 per pay, and that his sister sends him money every week. ECF No. 2 at 2. However, Plaintiff's Prisoner Trust Account Report indicates that he had an account balance of $8,011.86 at the time he filed his complaint; his average monthly deposits for the six months preceding the filing of the complaint were $201.86 a month; and he receives regular Western Union money orders several times monthly. ECF No. 3, 3-1. Consequently, the plaintiff has sufficient funds to pay the $400.00 filing fee.

Accordingly, the Plaintiff's request to proceed without prepayment of fees [ECF No. 2] should be **DENIED**, and the Plaintiff should be ordered to pay the full filing fee. The Plaintiff

should also be warned that the failure to pay the full filing fee within the time allowed by the Court will result in the dismissal of his complaint.

The Plaintiff is notified that this Report and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Thomas S. Kleeh, United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), Rules 6(d) and 72(b), Federal Rules of Civil Procedure, and Rules 1(b) and 8(b) of the Rules Governing Proceedings in the United States District Courts Under Section 2254 of Title 28, United States Code, the **Plaintiff shall have fourteen days (filing of objections) and then three days (mailing/service), from the date of filing this Report and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.**  Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984). A copy of such objections shall be served on Judge Kleeh.

The Clerk of the Court is directed to mail a copy of this Report and Recommendation to the *pro se* Plaintiff by certified mail, return receipt requested, to his last known address as shown on his docket sheet.

DATED: February 26, 2019

/s/   *Michael John Aloi*
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE